UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEREMY MITCHELL<br><br>    Plaintiff,<br><br>  v.<br><br>MARIE ZAIZ, DANNY ALLEN, and ST. CLAIR COUNTY JAILERS,<br><br>    Defendant. | Case No. 22-cv-2318-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision as to some matters and the plaintiff having failed to prosecute others,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED:  April 4, 2024**

                                                               **MONICA A. STUMP, Clerk of Court**
                                                               **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**